UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

E.P. and L.H.,

Plaintiffs,

v.

JANKI MOTEL, INC.,

Defendant.

CIVIL ACTION FILE NO.:

1:26-cv-05507-VMC

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Protective Order and Leave to Proceed Anonymously. The Court finds that the privacy and safety interests of Plaintiffs and witnesses identified or suspected of being victims of sex trafficking outweigh the public's interest in knowing their identities. Thus, the motion is **GRANTED**.

The Court ORDERS that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to Plaintiffs as E.P. and L.H., with no other additional identifying information. The Court further ORDERS that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case referring to any witness identified by counsel for either party as a victim of sex trafficking or suspected victims of sex trafficking and Plaintiffs' family members shall refer to those witnesses by pseudonymous initials only.

Upon entry of this Order, Plaintiffs shall privately disclose their names to Defendant. Defendant shall be able to conduct discovery using Plaintiffs or witnesses' names. But for any publicly filed documents, the name of Plaintiffs, all witnesses identified or suspected of being sex trafficking victims, and Plaintiffs' family members shall be redacted or referred to only by the appropriate pseudonymous initials.

SO ORDERED this ____ day of ______, ______.

________________________________
Victoria M. Calvert
United States District Judge