UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

E.P. and L.H.,

Plaintiffs,

v.

JANKI MOTEL, INC.,

Defendant.

CIVIL ACTION FILE NO.:

1:26-cv-05507-VMC

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiffs hereby file this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a stock of a party:

   **a. E.P.;**
   **b. L.H.; and**
   **c. Janki Motel, Inc.**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None known.**

3. The undersigned certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiffs**
Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
Caroline M. Capps

Respectfully submitted on September 29, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
CAROLINE M. CAPPS
Georgia Bar No. 645599
ccapps@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
CAROLINE M. CAPPS
Georgia Bar No. 645599
ccapps@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile
*Attorneys for Plaintiffs*