UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

E.P. and L.H.,

Plaintiffs,

v.

JANKI MOTEL, INC.,

Defendant.

CIVIL ACTION FILE

NO. 1:26-cv-05507-VMC

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO E.P.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff E.P. hereby gives notice that her claims against Defendant Janki Motel, Inc. in this action are voluntarily dismissed with prejudice. Defendant has not served an Answer or a Motion for Summary Judgment in this action.

This Notice applies to Plaintiff E.P. It does not affect the claims of Plaintiff L.H., which remain pending.

Respectfully submitted on November 9, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Caroline M. Capps*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999

jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
CAROLINE M. CAPPS
Georgia Bar No. 645599
ccapps@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Caroline M. Capps*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
CAROLINE M. CAPPS
Georgia Bar No. 645599
ccapps@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile